George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Neil Eisenberg*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Neil Eisenberg,<br><br>Plaintiff,<br><br>v.<br><br>MRS BPO, L.L.C. and Transworld Systems, Inc.,<br><br>Defendants. | Case No.: 2:24-cv-00520<br><br>**Stipulation for Plaintiff to file his First Amended Complaint**<br><br>**Jury Trial Demanded** |

Pursuant to Rule 15(a)(2) of the Nevada Rules of Civil Procedure, Neil Eisenberg ("Plaintiff"), MRS BPO, L.L.C. ("MRS") and Transworld Systems, Inc. ("Transworld") ("Defendants" and jointly as the "parties"), by and through their respective counsel, hereby stipulate for Plaintiff to amend the complaint, a copy of the proposed amended complaint is attached hereto as Exhibit A.

Plaintiff filed the original complaint on March 18, 2024 in this court. Defendant Transworld filed its answer on April 12, 2024 and Defendant MRS filed its answer on May 3, 2024. The deadline to amend pleadings has not passed and this case is still in its infancy.

1

In consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED that Plaintiff shall immediately file and serve the Amended Complaint attached hereto as Exhibit A.

Dated: May 29, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Attorneys for Neil Eisenberg*

**THE BALL LAW GROUP**

/s/ *Zachary T. Ball*
Zachary T. Ball, Esq.
1935 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
*Counsel for MRS BPO, LLC*

**LINCOLN, GUSTAFSON & CERCOS LLP**

/s/ *Shannon G. Splaine*
Shannon G. Splaine, Esq.
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968

**SESSIONS ISRAEL & SHARTLE, L.L.P.**

/s/ *James K. Schultz*
James K. Schultz, Esq.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
*Attorneys for Transworld Systems, Inc.*

**IT IS HEREBY ORDERED that the Stipulation for Plaintiff to File his First Amended Complaint (ECF No. 11) is GRANTED.**

**IT IS FURTHER ORDERED that the First Amended Complaint must be separated from ECF No. 11 and electronically filed.**

**IT IS FURTHER ORDERED that responsive pleadings must be filed within 14 days from the date of this Order.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  May 30, 2024.**